In the Matter of the Application of RICHARD J. WALLACE, Petitioner, for an Order of Certiorari against JOHN J. McELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

MORRIS KANTROWITZ, Respondent, v. EMPRESS SPORTSWEAR, INC., Appellant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

LIGHTNING TYPOGRAPHICAL CRAFTSMEN, INC., Respondent, v. MAX HOCHMAN, Defendant; KENT STORES, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GROPPI, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANATOLE LORRAINE, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

ABRAHAM SHAPIRO, Respondent, v. ISAAC KASSEL, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.